MINUTE ENTRY
VAN MEERVELD, M.J.
APRIL 13, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 20-134 |
| ELDRIDGE JOHNSON | SECTION: M |

**CRIMINAL ARRAIGNMENT**

APPEARANCES:   X   DEFENDANT
　　　　　　　 X   COUNSEL FOR DEFENDANT   CJA: WILLIAM DOYLE - BY VIDEO
　　　　　　　 X   ASSISTANT U.S. ATTORNEY   CHANDRA MENON - BY VIDEO
　　　　　　　 ___ INTERPRETER _____ SWORN ___
　　　　　　　 (TIME: _____ .M to _____ .M)

X / DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / READING OF THE SUPERSEDING BILL OF INFORMATION: READ (WAIVED) (SUMMARIZED)

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__ / GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

X / OTHER: _Waiver of indictment executed_

NOTICE: X / PRE-TRIAL CONFERENCE: **AUGUST 10, 2022 AT 10:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE BARRY W. ASHE**

X / TRIAL: **AUGUST 29, 2022 AT 9:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE BARRY W. ASHE**

MJSTAR: 00: 07